McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-02-307 WBS |
|         Plaintiff, ) | |
|            v. ) | GOVERNMENT'S MOTION TO DISMISS INDICTMENT; [PROPOSED] ORDER |
| JUDY CALEGARI, ) | |
|         Defendant. ) | |

     The United States of America, by and through Assistant United States Attorney S. Robert Tice-Raskin, hereby moves to dismiss the Indictment for this matter without prejudice in the interests of justice.  The government has been informed by Pretrial Services that defendant has completed her deferred prosecution program and has complied with all terms related thereto.

Dated: January 25, 2005           Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney


                                       /s/ Tice-Raskin
                                       S. ROBERT TICE-RASKIN
                                       Assistant U.S. Attorney

**ORDER**

The Indictment for this matter is hereby dismissed without prejudice.

IT IS SO ORDERED this ____ day of _____, 2005.

_____
WILLIAM B. SHUBB
Chief U.S. District Judge