```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>           Plaintiff, )<br>  )<br>     v.                        )<br>  )<br>JUDY CALEGARI,                )<br>  )<br>           Defendant.        )<br>_____) | CR. NO. S-02-307 WBS<br><br>GOVERNMENT'S MOTION TO DISMISS<br>INDICTMENT; [PROPOSED] ORDER |

The United States of America, by and through Assistant United States Attorney S. Robert Tice-Raskin, hereby moves to dismiss the Indictment for this matter without prejudice in the interests of justice. The government has been informed by Pretrial Services that defendant has completed her deferred prosecution program and has complied with all terms related thereto.

Dated: January 25, 2005                    Respectfully submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney


                                           /s/ Tice-Raskin
                                           S. ROBERT TICE-RASKIN
                                           Assistant U.S. Attorney

1

**ORDER**

The Indictment for this matter is hereby dismissed without prejudice.

IT IS SO ORDERED this 26th day of January, 2005.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE